AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 03, 2022**

SEAN F. McAVOY, CLERK

HENRY O.,

  *Plaintiff*

  v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,

  *Defendant*

Civil Action No. 4:20-cv-05141-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 18) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 19) is GRANTED. JUDGMENT is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on motions for summary judgment (ECF Nos. 18 and 19).

Date: 05/03/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
  *(By) Deputy Clerk*

Allison Yates